■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v SHARMECKA EVANS, Appellant. [874 NYS2d 856]—Judgment, Supreme Court, New York County (Charles J. Tejada, J.), rendered on or about March 2, 2007, unanimously affirmed. No opinion. Order filed. Concur—Tom, J.P., Moskowitz, Renwick and Freedman, JJ.